

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JESUS ALBERTO MIRELES, | § | No. 08-19-00221-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04852) |
| | § | |

# **O R D E R**

The Court GRANTS Genesis Stephens' request for an extension of time within which to file the Reporter's Record until **February 7, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Genesis Stephens, Official Court Reporter for the 384th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 7, 2020.

IT IS SO ORDERED this 9th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.